UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

Case No: 25-cv-23588-KMM

IRENE SAVITCH,

Plaintiff,

vs.

NCL (BAHAMAS) LTD.,

Defendant.
_____/

**NOTICE OF MEDIATION**

      COMES NOW the Plaintiff, IRENE SAVITCH, by and through their undersigned attorney, and hereby give notice that Mediation has been scheduled as follows:

| | |
|---|---|
| **DATE:** | **Thursday, January 29, 2026** |
| **TIME:** | **9:30 a.m.** |
| **MEDIATOR:** | **Andrew Winston** |
| **LOCATION:** | **Mediation Works**<br>**2924 Davie Road, Suite 201**<br>**Fort Lauderdale, FL 33314** |

[Space intentionally left blank/Certificate of Service on following page]

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 5th day of November 2025, I electronically filed the foregoing with the document with the Clerk of the Court using the CM/ECF filing system. I also certify that the foregoing document is being served this date on all counsel of record or pro se parties on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by the CM/ECF system or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

Todd L. Sussman, Esq.
NORWEGIAN CRUISE LINE
7665 Corporate Center Drive
Miami, FL 33126
Telephone: (305) 436-4653 Facsimile: (305) 468-2132
tsussman@nclcorp.com jjara@nclcorp.com

        ZOELLER, HAYDEN & THRON, PLLC
        Attorney for Plaintiff
        2845 PGA Blvd.
        Palm Beach Gardens, FL 33410
        Phone: (561) 689-8180

        */s/ Eric C. Hayden*
        Eric C. Hayden, Esq.
        Fla Bar No.: 100923
        ehayden@zoellerlaw.com
        lmilan@zoellerlaw.com